*R. N. Holtzclaw* and *Guerry, Hall & Roberts,* for plaintiff in error. *H. A. Mathews,* contra.

----

## ELLIS *et al.* v. BACON.

FISH, C. J. The judge did not err in refusing to grant, on conflicting evidence, an interlocutory injunction.

  *Judgment affirmed. Beck, J., absent. The other Justices concur.*
        AUGUST 22, 1911.

  Petition for injunction. Before Judge Felton. Bibb superior court. August 23, 1910.

  *West & Dasher, Roland Ellis,* and *Lane & Park,* for plaintiffs.

  *Miller & Jones, W. D. & Custis Nottingham,* and *Guerry, Hall & Roberts,* for defendant.